IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cr-030-MEF |
| | ) | |
| ANTHONY TYRONE JONES | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The defendant's Objections (Doc. #41) filed on June 21, 2012 to the Recommendation of the Magistrate Judge are overruled;

(2) The Recommendation of the Magistrate Judge (Doc. #40) entered on June 15, 2012 is adopted;

(3) The defendant's Motion to Suppress (Doc. #25) is GRANTED in part and DENIED in part. The motion should be granted as to defendant's post-arrest statements to law enforcement. The motion should be denied as to defendant's other bases for suppression.

DONE this the 3rd day of July, 2012

                                                       /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE